# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CAROLINE BRODIE, ANGELA HUNTER, )
and ACCESS NOW, INC., individually and on )
behalf of all others similarly situated, )
)
Plaintiffs, )
)
v. ) 2:17-cv-00133-MRH-RCM
)
SPEEDWAY LLC, )
)
Defendant. )

## ORDER

AND NOW, this 10th day of May 2017, after the plaintiffs filed an action in the above-captioned case, and after a motion to dismiss was submitted by the defendant, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendant and the response to those objections filed by the plaintiffs, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 15), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion to dismiss (ECF No. 3) is denied.

Mark R. Hornak
United States District Judge

cc: record counsel