UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE BRODIE, ANGELA HUNTER, and ACCESS NOW, INC., individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>SPEEDWAY LLC,<br><br>    Defendant. | Case No. 2:17-cv-00133-MRH |

## STIPULATION FOR DISMISSAL

COME NOW the parties, through their undersigned counsel, and stipulate and agree that the above and foregoing cause of action be dismissed with prejudice, each party to bear its own costs.

WHEREFORE, this matter is hereby dismissed with prejudice.

/s/ Benjamin J. Sweet
The Sweet Law Firm, PC
186 Mohawk Drive
Pittsburgh, PA 15228
412.742.0631
Email: ben@sweetlawpc.com

-and-

Jonathan D. Miller
Nye, Stirling, Hale & Miller, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
805.963.2345
Email: jonathan@nshmlaw.com

*Attorneys for Plaintiffs*

Date: April 9, 2019

/s/ April M. Byrd
Shook, Hardy & Bacon L.L.P.
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
215.278.2555
Email: abyrd@shb.com

*Attorneys for Defendant, Speedway LLC*

AND NOW, this  10th  day of  April , 20 19
IT IS SO ORDERED.
s/ Mark R. Hornak
UNITED STATES DISTRICT JUDGE

4818-9176-9491 v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2019, I filed the foregoing Stipulation for Dismissal with the Court's ECF system, which will send notice to all counsel of record.

/s/ April M. Byrd